**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINADOR H. JUGANAS AND CORAZON JUGANAS,<br><br>        Plaintiff,<br><br>  v.<br><br>US NATIONAL BANK ASSOC.,<br><br>        Defendants. | Case No. EDCV 13-00469-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>April 24, 2013</u>

                                      VIRGINIA A. PHILLIPS
                           United States District Judge